**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS FLUHART,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SHERIFF MACK WIMBISH, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV-F-05-0287 AWI LJO<br><br>**ORDER TO SET STATUS CONFERENCE AND TO SERVE SUMMONS AND COMPLAINT**<br><br>Date:　October 5, 2005<br>Time:　8:45 a.m.<br>Dept.:　6 (LJO) |

　　　　This Court set June 20, 2005, August 25, 2005 and September 29, 2005 mandatory scheduling conferences. Plaintiff Dennis Fluhart ("plaintiff") has failed to serve defendants with a summons and complaint to necessitate vacating the scheduling conferences. On the basis of good cause, this Court:

1. ORDERS plaintiff, no later than October 3, 2005, to serve each defendant with a summons and complaint. Pursuant to F.R.Civ.P. 4(m), this Court will dismiss defendants who remain unserved with a summons and complaint as of October 3, 2005;

2. VACATES the September 29, 2005 mandatory scheduling conference;

3. SETS a status conference for October 5, 2005 at 8:45 a.m. in Department 6 (LJO) of this Court. The parties are encouraged to appear at the status conference by telephone by arranging a one-line conference call and then adding the Court at (559) 498-7322;

4. ORDERS the parties to otherwise comply with the March 27, 2005 order setting scheduling conference;

1    5.    ORDERS plaintiff to serve of a copy this order on defendants; and

2    6.    DIRECTS this Court's clerk to serve plaintiff's counsel with a copy of this order at her address of record **and** Schools Legal Service, P.O. Box 2445, Bakersfield, CA 93303.

IT IS SO ORDERED.

**Dated:   September 23, 2005**               /s/ Lawrence J. O'Neill
66h44d                                        UNITED STATES MAGISTRATE JUDGE