IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FLUHART,<br><br>        Plaintiff,<br><br>  vs.<br><br>SHERIFF MACK WIMBISH, et al.,<br><br>        Defendant.<br>_____/ | CASE NO. CV-F-05-0287 AWI LJO<br><br>**ORDER TO SIGN AND RETURN**<br>**MAGISTRATE JUDGE CONSENT FORM** |

      Counsel for plaintiff and specially appearing counsel for the County defendants indicated that they consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge. Accordingly, this Court ORDERS the parties' counsel to obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ( "consent form"), which is available from this Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm. This Court further ORDERS the parties' counsel, no later than October 28, 2005 to sign and date the consent form and then submit the consent form to the chambers of United States Magistrate Judge Lawrence J. O'Neill, 1130 "O" Street, Room 1116, Fresno, CA 93721-2201.

      Plaintiff's counsel is directed to serve of a copy this order on counsel for the County defendants. The Court will address the issue of consent with counsel for the state defendants at the November 2, 2005 status conference.

IT IS SO ORDERED.

**Dated:   October 5, 2005**          /s/ Lawrence J. O'Neill
b9ed48                                           UNITED STATES MAGISTRATE JUDGE

1