# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FLUHART, | CASE NO. CV-F-05-0287 AWI LJO |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE AND DATE FOR AMENDING THE COMPLAINT** |
| vs. | |
| SHERIFF MACK WIMBISH, et al., | Date:  November 2, 2005 |
| Defendants. | Time:  8:30 a.m. |
| | Dept.: 6 (LJO) |

At the October 5, 2005 status conference, plaintiff's counsel represented that she had served defendants, but that the complaint requires amendment. On the basis of good cause, this Court:

1. ORDERS plaintiff, no later than October 19, 2005, to file an amended complaint and then to serve each defendant with the amended complaint.
2. SETS a status conference for November 2, 2005 at 8:30 a.m. in Department 6 (LJO) of this Court.  The parties are encouraged to appear at the status conference by telephone by arranging a one-line conference call and then adding the Court at (559) 498-7322;
3. ORDERS plaintiff to serve of a copy this order on defendants; and
4. DIRECTS this Court's clerk to serve plaintiff's counsel with a copy of this order at her address of record **and** Schools Legal Service, P.O. Box 2445, Bakersfield, CA 93303.

IT IS SO ORDERED.

**Dated:   October 5, 2005**         /s/ Lawrence J. O'Neill
b9ed48                                           UNITED STATES MAGISTRATE JUDGE

1